Emily L. Maxwell (State Bar No. 185646)
maxwelle@howrey.com
Brett C. Jackson (State Bar No. 239901)
jacksonbrett@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4847
Facsimile:  (415) 848-4999                                    JS-6

Attorneys for Plaintiff Echo Film S.r.l.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Echo Film S.r.l., | Case No.:  CV09-01455 JFW (AGRx) |
| Plaintiff, | **JUDGMENT AND PERMANENT INJUNCTION** |
| v. | Honorable John F. Walter |
| DigiWorld Studios Inc., et al., | |
| Defendants. | Discovery Cut-off:  December 28, 2009 |
| | Pre-Trial Conf.:    February 19, 2010 |
| | Trial Date:         Vacated |

This matter comes before the Court on Plaintiff Echo Film S.r.l.'s ("Echo") Application for Entry of Default Judgment.  On April 15, 2010, pursuant to an Order of this Court, Plaintiff Echo filed the above-referenced Application through which Echo seeks entry of judgment on the following causes of action alleged in its First Amended Complaint: Copyright Infringement; Fraud; Unfair, Unlawful, and Fraudulent Business Practices (Cal. Bus. & Prof. Code § 17200); and Violation of 18 U.S.C. § 1962(c) and 18 U.S.C. § 1962(d).

Previously, on July 16, 2009, the Clerk entered Default Judgment against Defendants DigiWorld Studios, Inc., Daniel Armas, and Bob Reynolds on Echo's First Amended Complaint.  Accordingly, all of the factual allegations in Echo's First Amended Complaint are deemed admitted.

Echo has presented competent evidence to support its claims for damages and, good cause having been shown, the Court hereby GRANTS Echo's Application for Entry of Default Judgment and ORDERS the following:

1.   Entry of judgment by default in the amount of $7,770,077.18 against DigiWorld Studios, Inc., Daniel Armas and Bob Reynolds for copyright infringement, fraud, and violation of 18 U.S.C. §§ 1962(c) and (d).  This sum includes a base compensatory damages amount of $2,723,359.06 and has been trebled according to 18 U.S.C. § 1964(c), and offset by $400,000 received from Defendants Cinemavault.com, Inc., and Monarch Home Video, Inc.

2.   Prejudgment interest in the sum of $126,226.04 calculated at the rate of 0.47% and trebled pursuant to 18 U.S.C. § 1964(c).  This sum includes a base prejudgment interest amount of $42,075.35 which has been trebled.

3.   Postjudgment interest at the rate of .47%.

4.   It is further ordered that Plaintiff Echo's counsel, Howrey LLP, is awarded attorneys' fees in the sum of $1,287,782.25 and costs in the sum of $78,385.61 against DigiWorld Studios, Inc., Daniel Armas and Bob Reynolds.

5.    DigiWorld Studios, Inc., Daniel Armas and Bob Reynolds, as well as their officers, directors, principals, agents, servants, employees, successors and assigns are hereby permanently enjoined from:

(a)    copying or making unauthorized use, including the making of derivatives, of the film, "The Listening" or any part of that film; and

(b)    manufacturing, producing, distributing, circulating, adapting, displaying, advertising, promoting, importing, exporting, marketing, advertising, licensing, broadcasting, offering for sale, and/or selling, or performing of Echo's copyrighted film "The Listening" or any derivative or substantially similar work thereof.

6.    It is further ordered that Defendants Bob Reynolds, Daniel Armas, and DigiWorld Studios, Inc. must:

(a)    deliver to Plaintiff Echo all materials related to Plaintiff's copyrighted film "The Listening," including all means for copying or producing the same in these Defendants' possession or control.  This includes, but is not limited to, the return of any prints, copies, negatives, photo negatives or masters or other representations of "The Listening" in these Defendants' possession, custody or control, and the return of all promotional, advertising, and marketing material related to "The Listening" in these Defendants' possession, custody or control;

(b)    remove all reference to "The Listening," including, but not limited to, trailers and advertisements, from the website http://www.digiworldstudios.com and any other website under these Defendants' control;

(c)    remove all reference to "The Listening" from all advertising and publications in which these Defendants list the movies in their catalogues;

1        (d)      withdraw any and all applications for copyright registration which

2    these Defendants may have filed related to "The Listening".

3        IT IS SO ORDERED.

4

5    Date:  July 27, 2010                    _____

6                                            JOHN F. WALTER
                                             District Court Judge
7                                            United States District Court
                                             Central District of California
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28