*WHEN RECORDED MAIL TO:*

Mr. Trevor Joike
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60654

FOR OFFICE USE ONLY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Echo Film S.r.l, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV  CV09-01455 JFW (AGRx) |
| v. | |
| DigiWorld Studios, et al. | ABSTRACT OF JUDGMENT/ORDER |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on July 27, 2010

in favor of plaintiff Echo Film S.r.l

whose address is Via Monti della Farnesina 7700135 Rome, Italy

and against defendants DigiWorld Studios, Inc., Daniel Armas, and Bob Reynolds

whose last known address is DigiWorld Studios Inc. and Daniel Armas: 8350 Wilshire Blvd, #200, Beverly Hills, CA 90212; Bob Reynolds: 5 Oakridge Rd., Bloomfield, NJ 07003

for $ 7,770,077.18 Principal, $ 126,226.04 Interest, $ 78,385.61 Costs,

and $ 1,287,782.25 Attorney Fees.

ATTESTED this 21st day of October, 20 10.

Judgment debtor's driver's license no. and state; _____ ☒ Unknown.

Judgment debtor's Social Security number; _____ ☒ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

8350 Wilshire Blvd.,#200,
Beverly Hills, CA 90212
5 Oakridge Rd., Bloomfield, NJ 07003

CLERK, U. S. DISTRICT COURT

By _____
Deputy Clerk

SEAL

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (06/01)  ABSTRACT OF JUDGMENT/ORDER